IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

        Plaintiff,                                No. CIV S-06-2438 GEB DAD PS

        vs.

MOTEL 6,                                         FINDINGS AND RECOMMENDATIONS

        Defendant.

_____/

        By an order filed April 19, 2007, plaintiff's incomplete application to proceed in forma pauperis was denied. Plaintiff was ordered to file a properly completed application within fifteen days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. See Fed. R. Civ. P. 41(b); Local Rule 11-110 (E.D. Cal. 2005). The fifteen-day period has now expired and plaintiff has neither filed a properly completed in forma pauperis application nor responded to the court's order in any way.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court. The document should be titled "Objections to Magistrate Judge's Findings and
2  Recommendations." Plaintiff is advised that failure to file objections within the specified time
3  may, under certain circumstances, waive the right to appeal the District Court's order. See
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: May 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro2438.fifp