IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

     Plaintiff,                       No. CIV S-06-2438 GEB DAD PS

     vs.

MOTEL 6,                               ORDER

     Defendant.

_____/

        Plaintiff has filed a document in which she states, "I would like to move my Motel 6 case to case # 06-cv-02594." Plaintiff's request to "move" this case to another case appears to be a request to consolidate two cases. Although plaintiff does not have a case numbered 06-cv-02594, the court's records reflect that plaintiff has a case before the court numbered 06-cv-02459.

        In order to avoid unnecessary costs or delay, the court may consolidate actions that involve a common question of law or fact. Fed. R. Civ. P. 42(a). The defendant in the above-captioned case is Motel 6, while the defendant in case No. CIV S-06-2459 is the United States of America. Plaintiff has not suggested that these two cases involve common questions of law or fact. Upon examination of the complaints filed in the two cases, the court finds no common question of law or fact. There is no basis for consolidating the cases.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 22, 2007 request to
2 consolidate this action with another action is denied.
3 DATED: June 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro2438.req.den